| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Caryn Kellner**  <br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−0944  <br>EIN   __−_____ |
| Debtor 2  <br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   ____  <br>EIN   __−_____ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   18−20776−MBK | |

# Order of Discharge         12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

　　Caryn Kellner

　　<u>2/22/24</u>　　　　　　　　　　　　　　**By the court:** <u>Michael B. Kaplan</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 18-20776-MBK

Caryn Kellner                                                                                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                        User: admin                                        Page 1 of 4
Date Rcvd: Feb 22, 2024                            Form ID: 3180W                                Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Caryn Kellner, PO Box 544, Barnegat, NJ 08005-0544 |
| 517558045 | | Advanced Radiology, PO Box 6750, Portsmouth, NH 03802-6750 |
| 517558047 | | Barron Emergency Physician, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517558048 | | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517558050 | | CF Medical, LLC, PO Box 23369, Waco, TX 76702-3369 |
| 520159185 | + | Caryn Kellner, 900 Barnegat Blvd. North, Unit 1708, Barnegat, NJ 08005-2579 |
| 517558053 | | Coastal Imaging, LLC, PO Box 6750, Portsmouth, NH 03802-6750 |
| 517558063 | # | Garden State Veternarian Associates, 1 Pine St, Tinton Falls, NJ 07753-7710 |
| 517558064 | | Geico Idemnity, PO Box 55126, Boston, MA 02205-5126 |
| 517558065 | | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 517558066 | | Health Village Imaging, LLC, PO Box 42965, Philadelphia, PA 19101-2965 |
| 517558068 | | Kenneth Kellner, 42 Georgian Blvd, Jackson, NJ 08527-2551 |
| 517558072 | | McMahon and Russell, LLC, 730 Brewers Bridge Rd, Jackson, NJ 08527-2033 |
| 517558073 | | Meridian Medical Associates, PC, PO Box 416656, Boston, MA 02241-6656 |
| 517558074 | + | Michael Harrison, Esq., 3155 State Route 10, Sutie 214, Denville, NJ 07834-3430 |
| 517558075 | | Myriad Emergency Physicians, PO Box 80137, Philadelphia, PA 19101-1137 |
| 517558076 | | N Ocean County Medical Associates, PO Box 416923, Boston, MA 02241-6923 |
| 517558077 | | NJ Natural Gas, PO Box 1378, Belmar, NJ 07715-0001 |
| 517558078 | | Noel J. McGowan, 14153 Chamberlain Ave, Largo, FL 33774-3909 |
| 517558079 | | North Rainbow Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517558080 | | Ocean Pathology, PA, PO Box 60100, Charleston, SC 29419-0100 |
| 517558087 | | Southern Ocean Medical Group, PO Box 416289, Boston, MA 02241-6289 |
| 517878249 | | Surgicenter LLC, 360 NJ-70 # 1A, Lakewood, NJ 08701 |
| 517558091 | | University Radiology Group, PC, PO Box 1075, East Brunswick, PA 08816-1075 |
| 517558092 | + | Univest Capital, Inc., 3331 Street Rd Ste 325, Bensalem, PA 19020-2023 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Feb 22 2024 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Feb 22 2024 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517878248 | ^ | MEBN | | |
| | | | Feb 22 2024 21:06:33 | Apex Asset Management, LLC, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 517678524 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 22 2024 21:21:25 | Ashley Funding Services, LLC its successors and, |

Case 18-20776-MBK    Doc 46    Filed 02/24/24    Entered 02/25/24 00:15:54    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 22, 2024 | Form ID: 3180W | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | | assigns as assignee of Reimbursement, Technologies, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517558046 | | Email/Text: ebn@rwjbh.org | Feb 22 2024 21:15:00 | Barnabas Health, PO Box 903, Oceanport, NJ 07757-0903 |
| 517558049 | + | EDI: CAPITALONE.COM | Feb 23 2024 01:54:00 | Capital One Bank, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517629921 | | Email/PDF: bncnotices@becket-lee.com | Feb 22 2024 21:21:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517558051 | | EDI: LCITDAUTO | Feb 23 2024 01:54:00 | Chrysler Financial/Td Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 517558052 | | EDI: CITICORP | Feb 23 2024 01:54:00 | Citibank, Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 517558054 | | EDI: COMCASTCBLCENT | Feb 23 2024 01:54:00 | Comcast, PO Box 0196, Newark, NJ 07101-0196 |
| 517558055 | | Email/Text: commonwealth@ebn.phinsolutions.com | Feb 22 2024 21:14:00 | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 517558056 | + | EDI: CCS.COM | Feb 23 2024 01:54:00 | Credit Collection Services, 2 Wells Avenue, Newton, MA 02459-3225 |
| 517558057 | | EDI: CMIGROUP.COM | Feb 23 2024 01:54:00 | Credit Management, LP, 4200 International Parkway, Carrollton, TX 75007-1912 |
| 517558061 | | EDI: CITICORP | Feb 23 2024 01:54:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517558093 | | EDI: CITICORP | Feb 23 2024 01:54:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 517558058 | ^ | MEBN | Feb 22 2024 21:06:27 | Debt Rec Sol, 6800 Jericho Tpke, Syosset, NY 11791-4436 |
| 517575019 | | EDI: DISCOVER | Feb 23 2024 01:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517558059 | | EDI: DISCOVER | Feb 23 2024 01:54:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517558060 | | EDI: DISCOVER | Feb 23 2024 01:54:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 517558062 | ^ | MEBN | Feb 22 2024 21:05:59 | Dynamic Recovery Solutions, PO Box 25759, Greenville, SC 29616-0759 |
| 517558067 | | EDI: IRS.COM | Feb 23 2024 01:54:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 517558070 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2024 21:13:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 517558071 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2024 21:13:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517558081 | | Email/Text: clientservices@paramountrecovery.com | Feb 22 2024 21:13:00 | Paramount Recovery Sys, 7524 Bosque Blvd Ste L, Waco, TX 76712-3772 |
| 517558082 | | Email/Text: clientservices@paramountrecovery.com | Feb 22 2024 21:13:00 | Paramount Recovery Systems, LP, 7524 Bosque Blvd Ste L, Waco, TX 76712-3772 |
| 517689065 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 22 2024 21:13:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 517558083 | | Email/Text: signed.order@pfwattorneys.com | Feb 22 2024 21:14:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517619018 | | EDI: Q3G.COM | | |

Case 18-20776-MBK    Doc 46    Filed 02/24/24    Entered 02/25/24 00:15:54    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 22, 2024 | Form ID: 3180W | Total Noticed: 60 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Feb 23 2024 01:54:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517558084 | Email/Text: clientservices@remexinc.com | Feb 22 2024 21:14:00 | Remex, Inc., PO Box 765, Rocky Hill, NJ 08553-0765 |
| 517601298 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 22 2024 21:15:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517558085 | Email/Text: enotifications@santanderconsumerusa.com | Feb 22 2024 21:15:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 517558086 | Email/Text: clientservices@simonsagency.com | Feb 22 2024 21:16:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517558088 | EDI: CITICORP | Feb 23 2024 01:54:00 | Stpc/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517558089 | EDI: LCITDAUTO | Feb 23 2024 01:54:00 | Td Auto Finance, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 517558094 | ^ MEBN | Feb 22 2024 21:07:12 | Waypoint Resource Grou, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517558069 | ##+ | Kimball Emergency Medical Associates, PO Box 6192, Parsippany, NJ 07054-7192 |
| 517558090 | ## | Thrift Investment Corp, 720 King George Rd, Fords, NJ 08863-1974 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Caryn Kellner bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Feb 22, 2024 | Form ID: 3180W | Total Noticed: 60

Kevin Gordon McDonald
                on behalf of Creditor PNC Bank  National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6